UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILSON R. CRISCIONE,<br><br>                       Plaintiff,<br><br>   v.<br><br>EVERGREEN FRESH SPROUTS, an Idaho Limited Liability Company,<br><br>                      Defendant. | NO:  2:14-CV-0249-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal, With Prejudice and Without Costs (ECF No. 13).  This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or fees to either party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to either party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** June 11, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2